# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\* ADMITTED IN NY, NJ AND MD

November 23, 2020

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
**500 Pearl Street, Room**
New York, New York 10007

      Re: Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, as Plaintiffs, -v.- Discovery Services, Inc., Discovery Services Association LLC, a/k/a Discovery Assoc. LLC, Defendants Joint Request to adjourn the Initial Pre-Trial Conference scheduled for 12-4-2020 at 3:30pm
        Case No. 1-20-cv-06599 (RA)

Dear Judge Abrams:

   This firm represents the Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, Building Service 32BJ Thomas Shortman Training Scholarship and Safety Fund, the ("Plaintiffs") in this case. The Defendants in this matter are Discovery Services, Inc., and Discovery Services Association LLC, a/k/a Discovery Assoc. LLC, ("Defendants"). Plaintiffs brought this action pursuant to Sections 502(a)(3) and 515 of the Employee Retirement Income Security Act and Section 301 of the Labor-Management Relations Act of 1947 seeking statutory and contractual obligations to pay and/or submit monetary contributions and reports to the Funds.

   The Plaintiffs and Defendants jointly request that the court adjourn the initial court conference now scheduled for December 4, 2020 at 3:30 p.m. On or about November 10, 2020

the Defendants sent the undersigned a check for $2,101.98. That check will be applied to the unpaid principal due in this case.

Today I spoke with Mr. Ricardo Pazmino from the Defendants. I told Mr. Pazmino that I received the recent check. I further advised him that there were other delinquencies still due on the Defendants' account, which are covered by the lawsuit. Mr. Pazmino advised me that he does not understand or agree with the amounts claimed by the Funds. I told Mr. Pazmino that I will have a representative from the Plaintiffs' office reach out to him, by phone and email. This way he can review the amounts claimed with the Plaintiffs' representative and they can answer his question on the amounts due.

Both Defendants have been served. The Defendant, Discovery Services Association LLC a/k/a Discovery Assoc. LLC, was personally served on August 28, 2020 in Maryland. That Defendant never filed an Answer to the complaint and is in default. The Defendant, Discovery Services, Inc., was served personally in Maryland on November 16, 2020. That Defendant has until December 8, 2020 to file an answer to the complaint. The Defendants still do not have an attorney representing them in this case. I previously advised the Defendants that this court requires corporations to have an attorney represent them in this court.

If the extension is granted, the parties will use the time to exchange information and see if we can settle any of the remaining issues in this case. This is the third application for an adjournment of the initial conference, but the first joint application by the parties for an adjournment.

Please advise if the court will grant this request for an adjournment of the court conference. Thank you in advance for the court's time and attention to this matter.

Respectfully submitted,

*Maura Breen*
Maura Breen

cc: Discovery Services Inc.,
    Discovery Services Association LLC,
    a/k/a Discovery Assoc. LLC,

Application granted. The initial pretrial conference is hereby adjourned until January 7, 2021 at 2:00 pm.

SO ORDERED.

Hon. Ronnie Abrams
November 24, 2020