UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/29/2020

BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, and BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP & SAFETY FUND,

            Plaintiffs,

v.

DISCOVERY SERVICES, INC., and DISCOVERY SERVICES ASSOCIATION, LLC a/k/a DISCOVERY SERVICES ASSOC. LLC,

            Defendants.

No. 20-CV-6599 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On November 5, 2020, Plaintiff filed an affidavit of service stating that Defendant Discovery Services Association, LLC was served on August 28, 2020. Discovery Services Association, LLC's answer was due on September 21, 2020. On November 17, 2020, Plaintiff filed an affidavit stating that Defendant Discovery Services, Inc. was served on November 17, 2020. Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Both Defendants shall do so, or seek an extension, by January 8, 2021. If Defendants fail to do so, and Plaintiff intends to move for default judgment, it shall do so by January 22, 2021.

      Plaintiff shall serve a copy of this Order on Defendants by December 31, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    December 29, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge