UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, and BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP & SAFETY FUND, <br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY SERVICES, INC., and DISCOVERY SERVICES ASSOCIATION, LLC a/k/a DISCOVERY SERVICES ASSOC. LLC,<br><br>Defendants. | No. 20-CV-6599 (RA)<br><br>ORDER |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/4/2021

RONNIE ABRAMS, United States District Judge:

In light of Defendants' failure to appear, answer, or otherwise respond to the Complaint, and the Court's order of December 29, 2020 instructing Plaintiffs, if they intend to do so, to move for default judgment by January 22, 2021, the initial pre-trial conference scheduled for January 7, 2021 is adjourned *sine die*.

SO ORDERED.

Dated:   January 4, 2021
         New York, New York

Ronnie Abrams
United States District Judge