USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, and BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP & SAFETY FUND,

Plaintiffs,

v.

DISCOVERY SERVICES, INC., and DISCOVERY SERVICES ASSOCIATION, LLC a/k/a DISCOVERY SERVICES ASSOC. LLC,

Defendants.

No. 20-CV-6599 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's hearing, Plaintiffs' motion for a default judgment against Defendant Discovery Services Association, LLC is GRANTED. The Court awards Plaintiffs damages in the total amount of $18,520.57, which comprises $2,134.69 in principal due, $6,004.99 in interest, $2,818.79 in liquidated damages, $6,975.00 in attorneys' fees, and $587.00 in costs.

The Clerk of Court is respectfully directed to terminate the motions pending at docket entry numbers 26 and 27, and to close this case.

SO ORDERED.

Dated:   May 5, 2021
         New York, New York

Ronnie Abrams
United States District Judge