UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND
BUILDING SERVICE 32BJ LEGAL SERVICES FUND
BUILDING SERVICE 32BJ THOMAS SHORTMAN
TRAINING SCHOLARSHIP AND SAFETY FUND

Civ. Action No. 20-6599 (RA)

Plaintiffs,

**DEFAULT JUDGMENT**

v.

DISCOVERY SERVICES, INC.
DISCOVERY SERVICES ASSOCIATION, LLC
a/k/a DISCOVERY SERVICES ASSOC. LLC

Defendant.
-----------------------------------------------------------------X

On application for Default Judgment by Plaintiffs, Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, brought on by Order to Show Cause dated April 7, 2021 and returnable before the Honorable Ronnie Abrams, United States District Judge on May __5__ _____, 2021 and Defendant, Discovery Services Association, LLC a/k/a Discovery Services Assoc. LLC ("Defendant"), having been duly noticed of the Order to Show Cause proceeding and the Defendant having not appeared in opposition to the Order to Show Cause, and the Court having found default judgment to be appropriate:

**IT IS HEREBY ADJUDGED** that Plaintiffs, Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, having their principal place of business at 25 West 18th Street, New York, New York 10011, do recover of the Defendant, Discovery Services Association, LLC a/k/a Discovery Services Assoc. LLC, located at 1704 Silk Cotton Way, Gaithersburg, Maryland 20877, the sum of $2,134.29, in delinquent benefit contributions, along with interest in the amount of $6,004.99, and liquidated damages in the amount of $ 2,818.79, and attorney's fees in the amount of $6,975.00, and costs of $587.50, for a total judgment amount due of $18,520.57 due to the Plaintiffs, plus interest at the statutory rate in effect on the date of judgment, and that Plaintiffs have judgment therefor.

Dated: May 5, 2021

By: _____
U.S.D.J. Ronnie Abrams